JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY FLORES, an individual; ALEJANDRA HURTADO, an individual; MIA VILLEGAS, an individual; JASON AFLAGUE, an individual; and ZACHARY MILLER, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LAGUNA BEACH, CITY OF NEWPORT BEACH, and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 8:24-cv-01898-JVS-JDE<br><br>**ORDER GRANTING STIPULATION TO VACATE DATES DUE TO THE CONDITIONAL CASE SETTLEMENT [37]**<br><br>Judge:　Honorable James V. Selna |

Having reviewed the parties' stipulation to vacate all dates due to the conditional case settlement and finding good cause therefore, the Court orders as follows:

　　1.　The October 6, 2026, trial date, September 21, 2026, final pretrial conference hearing and all pretrial deadlines are hereby VACATED.

/ / /

/ / /

/ / /

/ / /

2.  The parties shall file a Joint Status Report within 60 days of this Order, advising the Court of the status of settlement approval, if a stipulation to dismiss the case has not been filed prior to that date.

DATED: September 05, 2025

_____
Honorable James V. Selna
UNITED STATES DISTRICT JUDGE